SAVINO DÍAZ, RECURRENTE, v. EL REGISTRADOR DE HUMACAO,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Humacao, denegando la inscripción de un expediente de dominio.

No. 367.—Resuelto en junio 21, 1918.

EXPEDIENTE DE DOMINIO—INSCRIPCIÓN ANTERIOR DE LA FINCA.—A presentó para su inscripción en el registro de la propiedad una resolución dictada en un ·expediente de dominio por virtud de la cual se declaraba justificado a su favor el de cierta finca. El registrador se negó a inscribirla porque de acuerdo con el registro resultaba que dicha finca estaba ya inscrita como parte de otra. *Se resolvió:* Que debía confirmarse la nota recurrida.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Francisco González.*

El registrador recurrido, Sr. Rafael López Antongiorgi, compareció en nombre propio.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La Corte de Distrito de Humacao declaró justificado el dominio de una finca de siete cuerdas situada en el barrio "Llave," lugar denominado "Palma," del municipio de Vieques, a favor de Esteban Savino Díaz. Presentada la resolución de la corte para su inscripción, el registrador la denegó por resultar del registro que la dicha finca estaba inscrita como parte del resto de otra de mayor extensión.

No conforme Esteban Savino Díaz interpuso el presente recurso gubernativo y en su alegato ha tratado de demostrar que las fincas son distintas. Hemos estudiado el expediente y aunque no estamos en condiciones de poder afirmar una cosa u otra, nos inclinamos a creer que asiste la razón al registrador.

La situación de la parcela objeto del expediente es exactamente igual a la de la finca ya inscrita desde el año 1882. Examinando las transferencias del dominio de las porciones segregadas de la finca principal inscrita, se nota que existe también igualdad en algunas colindancias. Y la historia de la adquisición es la misma: la finca inscrita lo fué a favor de Juan Angel Guadalupe, y la parcela cuyo dominio justificó Savino fué adquirida tres cuerdas por compra a Juan Angel Guadalupe, hace unos veinte años, y cuatro cuerdas por compra a la Sucesión de Juan Angel Guadalupe hace unos cuatro años.

Bajo tales circunstancias y vista la jurisprudencia establecida por esta corte entre otros en el caso de *Gómez Méndez y Cía.* v. *El Registrador,* 16 D. P. R. 826, debe confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.